NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted March 10, 2016
Decided May 20, 2016

**Before**

DIANE P. WOOD, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 15-3090

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Southern District of Illinois. |
| *v.* | No. 14-CR-30207-NJR-1 |
| ADAM BRENT HILL, *Defendant-Appellant*. | Nancy J. Rosenstengel, *Judge*. |

**O R D E R**

The defendant pleaded guilty to receiving child pornography, *see* 18 U.S.C. § 2252A(a)(2)(B), and was sentenced to 10 years in prison plus a fine and restitution and 5 years of supervised release. He filed a notice of appeal, but his lawyer asserts that the appeal is frivolous and seeks to withdraw. *See Anders v. California*, 386 U.S. 738, 744 (1967). We remanded the case to the district court for the limited purpose of determining whether the defendant knowingly and voluntarily waived any challenge to the conditions of his supervised release. *See United States v. Hill*, No. 15-3090, 2016 WL 1381248 (7th Cir. 2016). Counsel informs us that the district court subsequently held a hearing and found the waiver to be knowing and voluntary. Finding no other potentially

meritorious issues, we conclude that the appeal is frivolous. Thus, we GRANT counsel's motion to withdraw and DISMISS the appeal.